

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00643-CV

Sandra **GALVAN**, Individually and as Next Friend of Valerie Rubio, Minor and Maria
Zempoaltcalt, Individually,
Appellants

v.

Rosalva **GARCIA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-307
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On November 23, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On November 24, 2015, we ordered appellant to provide proof that the reporter's fee had been paid or arrangements had been made to pay the reporter's fee. On November 24, 2015, appellant filed a letter attaching email correspondence between appellant's attorney and the court reporter regarding arrangements to pay the reporter's fee. It is therefore ORDERED that the reporter's record be filed in this appeal no later than January 4, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court